UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKASHA TANIA BARKER,<br><br>                              Plaintiff,<br><br>         -against-<br><br>WOMEN IN NEED, INC., *et al.*,<br><br>                              Defendants. | 20-CV-2006 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated April 20, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).[1]

SO ORDERED.

Dated:   July 8, 2020
         New York, New York

                                                    _____
                                                           Louis L. Stanton
                                                              U.S.D.J.

---

[1] Plaintiff has consented to electronic service (ECF No. 3).