UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKASHA TANIA BARKER,

                Plaintiff,

-against-

WOMEN IN NEED, INC., *et al.*,

                Defendants.

20-CV-2006 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued July 8, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).[1]

SO ORDERED.

Dated:   July 8, 2020
           New York, New York

                                            Louis L. Stanton
                                                U.S.D.J.

---

[1] Plaintiff has consented to electronic service (ECF No. 3).